Lulu Knapton, Respondent, v. Arthur G. Holland, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

George W. Moore v. Theresa Lindsay.— Motion granted, with ten dollars costs.

William E. Mowbray v. Harriet De Forest.— Motion granted unless appellant have appeal ready for April term.

Philip Adler v. Philip & William Ehling Brewing Company.— Motion granted, with ten dollars costs.

Marie S. Heilmann v. Van Norden Trust Company.— Motion granted.  Settle order on notice.

William S. Anderson and Another v. New York and Harlem Railway Company and Others.— Motion granted.

Florence Nunnally v. Mail and Express Company.— Motion granted.

The People of the State of New York v. Theodore Bingham and Another. Anna Bacouby v. United States Fidelity Company.  George H. Montross v. Michael Levenson.  Hudson Companies v. John Breimer.— Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case.  Orders signed.

Joseph Lonzone v. New York Contracting Company.— Motion denied, with ten dollars costs.

Samuel Brownold v. David Rodbell.—Motion denied, with ten dollars costs.

John Jaburg v. Haserot Canneries Company.— Motion granted on terms indicated in memorandum per curiam.  Settle order on notice.

In the Matter of East One Hundred Fifth Street.— Reference ordered.  Settle order on notice.

In the Matter of Abram Shlivek.— Reference ordered.  Settle order on notice.

Moses H. Phillips and Another v. Isaac Van Leer and Others.— Motion granted, on payment of ten dollars costs.  Settle order on notice.

Central Fish Company, Respondent, v. Union Fish Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Catherine Cosgrove, Appellant, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Respondent.— Judgment and order affirmed, with costs.  No opinion.

Patrick J. Cosgrove, Appellant, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Respondent.— Judgment and order affirmed, with costs.  No opinion.

Jennie Kersten, Appellant, v. Solomon Frankel and Samuel Werner, Respondents.— Judgment and order affirmed, with costs.  No opinion.

Frederick R. Giebelhausen and Others, Respondents, v. A. Ewing Sumner and Horton Sumner, Appellants, Impleaded with Florence G. Felton and Madeline Mende.— Judgment and order affirmed, with costs, and appeal from decision dismissed.  No opinion.  Ingraham and Houghton, JJ., dissented.

Emil Bachmann, Appellant, v. Union Railway Company of New York City, Respondent.— Determination affirmed, with costs.  No opinion.  Laughlin, J., dissented.